IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00130-SBP
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

GABRIEL B. ATSEPOYI,

    Plaintiff,

v.

TIKTOK LTD. and
BYTEDANCE, INC., a.k.a. Tiktot,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted to the Court *pro se* a Complaint (ECF No. 1)[1] along with an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that one of the submitted documents is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF).

1

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) \_\_\_\_ is not submitted
(2) \_\_\_\_ is missing affidavit
(3) \_\_\_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_\_\_ is missing certificate showing current balance in prison account
(5) \_\_\_\_ is missing required financial information
(6) \_\_\_\_ is missing authorization to calculate and disburse filing fee payments
(7) \_\_\_\_ is missing an original signature
(8) \_\_\_\_ is not on proper form
(9) \_\_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) \_\_\_\_ other: _____.

**Complaint, Petition or Application**:
(11) \_\_\_\_ is not submitted
(12) xx is not on proper form (must use the District of Colorado general "Complaint" form)
(13) \_\_\_\_ is missing an original signature
(14) \_\_\_\_ is missing page nos. \_\_\_\_
(15) \_\_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_\_ names in caption do not match names in text
(17) \_\_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_\_ other: _____.

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294. Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 17, 2024.

BY THE COURT:

Susan Prose
United States Magistrate Judge